UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ALEXANDER BOKIN, | 1:04-CV-6078 AWI DLB P |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME |
| v. | (DOCUMENT #8) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 4, 2006, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his amended complaint.

IT IS SO ORDERED.

Dated:     **January 23, 2007**            **/s/ Dennis L. Beck**
3c0hj8                                          UNITED STATES MAGISTRATE JUDGE