UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ALEXANDER BOKIN,<br><br>              Plaintiff,<br><br>   v.<br><br>KNOWLES, et. al.,<br><br>             Defendant. | CV F- 04-6078 AWI DLB P<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights amended complaint filed on January 8, 2007. On October 3, 2007, the Court issued a recommendation that this case proceed against defendants Knowles, Scribner, Sherman, Winkler, Emigh and Reyes on plaintiff's due process claims. The District Court adopted the recommendation on December 21, 2007. Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendants Knowles, Scribner, Sherman, Winkler, Emigh and Reyes.

2. The Clerk of the Court shall send Plaintiff six (6) USM-285 forms, six (6) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed January 8, 2007.

|   |   |   |
|---|---|---|
| 1 | 3. | Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents: |

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Seven (7) copies of the endorsed complaint filed January 8, 2007.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

**Dated:   February 8, 2008**             /s/ Dennis L. Beck
                                                UNITED STATES MAGISTRATE JUDGE