IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ALEXANDER BOKIN,<br><br>    Plaintiff,<br><br>  vs.<br><br>A. SCRIBNER, et al,<br><br>    Defendants.<br>_____/ | 1:04-cv-06078-AWI-DLB (PC)<br><br>ORDER GRANTING FIRST MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS<br><br>(DOCUMENT #27)<br><br>THIRTY DAY DEADLINE |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 27, 2008, plaintiff filed a motion to extend time to respond to the defendants' motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty (30) days from the date of service of this order in which to respond to the defendants' motion to dismiss.

    IT IS SO ORDERED.

    Dated:   **June 9, 2008**           **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE