IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ALEXANDER BOKIN, | 1:04-cv-06078-AWI-DLB (PC) |
| Plaintiff, | ORDER GRANTING SECOND MOTION TO EXTEND TIME |
| vs. | (DOCUMENT #30) |
| A. SCRIBNER, et al., | (30) THIRTY DAY DEADLINE |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 8, 2008, plaintiff filed a motion to extend time to Respond to Summary Judgment. There is no motion for summary judgment pending and the court construes plaintiff's request to be for an extension of time to respond to defendants' motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to respond to defendants' motion to dismiss.

IT IS SO ORDERED.

Dated: **July 21, 2008**      /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE