# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ALEXANDER BOKIN,<br><br>          Plaintiff,<br><br>     v.<br><br>A. SCRIBNER, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:04-cv-06078-AWI-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>(Docs. 12) |

  Plaintiff Jack Alexander Bokin, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

  On June 27, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days.  On July 28, 2008, plaintiff filed an Objection, and on August 1, 2008, defendants filed a reply to plaintiff's objection.

  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 27, 2008, is adopted in full; and
2. Plaintiff's motion for injunctive relief, filed December 12, 2007, is DENIED.

IT IS SO ORDERED.

**Dated:**     **August 15, 2008**                          **/s/ Anthony W. Ishii**
                                               CHIEF UNITED STATES DISTRICT JUDGE