IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ALEXANDER BOKIN, | CASE NO.: 1:04-cv-06078-AWI-DLB (PC) |
| Plaintiff, | ORDER GRANTING IN PART PLAINTIFF'S THIRD MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS |
| vs. | |
| SCRIBNER, et. al., | (DOCUMENT #36) |
| Defendants. | THIRTY DAY DEADLINE |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 2, 2008, plaintiff filed a third motion to extend time to file a response to defendants' motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file a response to defendants' motion to dismiss.

IT IS SO ORDERED.

Dated:   September 9, 2008              /s/ Dennis L. Beck
                                                                UNITED STATES MAGISTRATE JUDGE