UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ALEXANDER BOKIN, | 1:04-cv-06078 AWI DLB (PC) |
| Plaintiff, | ORDER GRANTING FINAL EXTENSION OF TIME TO RESPOND TO |
| v. | MOTION TO DISMISS |
| A. SCRIBNER et al, | (Doc. 38) |
| Defendants. | THIRTY DAY DEADLINE |
| _____/ | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. On May 2, 2008, defendants Winkler, Knowles, Reyes, and Sherman filed a motion to dismiss. (Doc. 23). Defendant Scribner filed a motion to join the motion to dismiss on May 20, 2008. (Doc. 25).

On October 14, 2008, plaintiff filed a motion to extend time to respond to the Court's orders. (Doc. 38). As defendants' motion to dismiss is pending before the Court and plaintiff has not yet filed a response to the motion, the Court construes his request as a request to extend time to file his response.

The Court notes that plaintiff has already been granted three thirty day extensions of time to respond to the motion to dismiss. However, plaintiff has demonstrated good cause to grant a further extension of time, and accordingly, plaintiff's response is due no later than thirty (30) days from the date of service of this order.

The court cannot hold this case in abeyance indefinitely and therefore <u>no further extensions of time to file a response to defendants' motions to dismiss shall be granted</u>. Failure to comply with this

order shall result in the recommendation that this action be dismissed for plaintiff's failure to prosecute and failure to obey a court order.

IT IS SO ORDERED.

Dated:    **October 21, 2008**                      **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE