IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ALEXANDER BOKIN, | CASE NO.: 1:04-cv-06078-AWI-DLB (PC) |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 42) |
| SCRIBNER, et al., | |
| Defendants. / | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On December 2, 2008, this Court signed a Findings and Recommendations recommending that this action be dismissed for plaintiff's failure to respond to defendants' motion to dismiss, as ordered by the Court. (Doc. 42).

On December 1, 2008, Plaintiff submitted his reply and opposition to defendants' motion to dismiss. (Doc. 41).

Accordingly, the Findings and Recommendations are HEREBY VACATED.

IT IS SO ORDERED.

Dated:   **December 5, 2008**          /s/ **Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE