IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ALEXANDER BOKIN, | 1:04-cv-06078-AWI-DLB-(PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, | (Motion#48) |
| | 30-DAY DEADLINE |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 16, 2009, plaintiff filed a motion to extend time to file objections to the findings and recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file objections to the findings and recommendations.

IT IS SO ORDERED.

Dated: March 19, 2009       /s/ Dennis L. Beck
                            UNITED STATES MAGISTRATE JUDGE